# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DENISE FRY, | Civil Action |
| Plaintiff, | No. 3:21-cv-00157 |
| v. | |
| DVA RENAL HEALTHCARE, INC. d/b/a DAVITA KIDNEY CARE, | Judge Gibson |
| Defendant. | JURY TRIAL DEMANDED |

## STIPULATION FOR DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, Denise Fry and Defendant, DVA Renal Healthcare, Inc., d/b/a Davita Kidney Care, that the above-captioned action is voluntarily dismissed, with prejudice, and with each party to bear its own costs and attorneys' fees, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated: May 11, 2022                                              Respectfully submitted,

| | |
|---|---|
| */s/  Ryan M. Carroll* | */s/ Asra Hashmi* |
| Ryan M. Carroll | Asra Hashmi |
| PA I.D. 205851 | PA.I.D. No. 321852 |
| Edgar Snyder & Associates, LLC | Jackson Lewis, P.C. |
| US Steel Tower, 10th Floor | Liberty Center |
| 600 Grant Street | 1001 Liberty Avenue, Suite 1000 |
| Pittsburgh, PA 15219 | Pittsburgh, PA  15222 |
| (412) 394-4496 | (412) 338-5153 |
| rcarroll@edgarsnyder.com | asra.hashmi@jacksonlewis.com |
| Attorney for Plaintiff | Attorney for Defendant |