IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DENISE FRY, | Civil Action |
| Plaintiff, | No. 3:21-cv-00157 |
| v. | |
| DVA RENAL HEALTHCARE, INC. d/b/a DAVITA KIDNEY CARE, | Judge Gibson |
| Defendant. | JURY TRIAL DEMANDED |

## STIPULATION FOR DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, Denise Fry and Defendant, DVA Renal Healthcare, Inc., d/b/a Davita Kidney Care, that the above-captioned action is voluntarily dismissed, with prejudice, and with each party to bear its own costs and attorneys' fees, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated: May 11, 2022                                     Respectfully submitted,

/s/ Ryan M. Carroll                                     /s/ Asra Hashmi
Ryan M. Carroll                                          Asra Hashmi
PA I.D. 205851                                           PA.I.D. No. 321852
Edgar Snyder & Associates, LLC                           Jackson Lewis, P.C.
US Steel Tower, 10th Floor                               Liberty Center
600 Grant Street                                         1001 Liberty Avenue, Suite 1000
Pittsburgh, PA 15219                                     Pittsburgh, PA 15222
(412) 394-4496                                           (412) 338-5153
rcarroll@edgarsnyder.com                                 asra.hashmi@jacksonlewis.com

Attorney for Plaintiff                                    Attorney for Defendant


AND NOW, this 12th day of May, 2022.
IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

1